G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
JORGE L. ALVAREZ, ESQ.
Nevada Bar No. 14466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, P.C.**
Quail Park I, Suite D-4
801 South Rancho Drive
Las Vegas, Nevada 89106
Tel : (702) 384-7111
Fax : (702) 384-0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com

JUAN E. MONTEVERDE, ESQ.
**MONTEVERDE & ASSOCIATES PC**
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: (212) 971-1341
Fax : (212) 202-7880
Email : jmonteverde@monteverdelaw.com

*Attorneys for the Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TODD WILLIAMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TAPIMMUNE INC., PETER L. HOANG, GLYNN WILSON, SHERRY GRISEWOOD, MARK REDDISH, DAVID LASKOW-POOLEY, FREDERICK WASSERMAN, and JOSHUA SILVERMAN,<br><br>Defendants. | Case No. 2:18-cv-01497-RFB-GWF<br><br>**NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| DATED: November 5, 2018 | Respectfully submitted, |
| **OF COUNSEL** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| **MONTEVERDE & ASSOCIATES PC**<br>Juan E. Monteverde<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, NY 10118<br>Tel: (212) 971-1341<br>E-mail: jmonteverde@monteverdelaw.com<br><br>*Attorneys for Plaintiff* | /s/ G. Mark Albright<br>G. MARK ALBRIGHT, ESQ.<br>Nevada Bar No. 001394<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Plaintiff* |

NOTICE OF DISMISSAL